UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MILAGROS PORTO,

                              Plaintiff,

   -against-

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                             Defendant.
------------------------------------------------------------------X

JUDGMENT
09-CV-3496 (ARR)

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on January 13, 2010, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, including but not limited to, a new hearing and a new decision; it is

      ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, including but not limited to, a new hearing and a new decision.

Dated: Brooklyn, New York
       January 14, 2010

                                               ROBERT C. HEINEMANN
                                               Clerk of Court

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
JAN 15 2010
P.M.
TIME A.M.